# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BRENDA TAITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:10-cv-2333-PWG |
| | ) |
| ERIC K. SHINSEKI, SECRETARY | ) |
| DEPARTMENT OF VETERAN | ) |
| AFFAIRS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The magistrate judge filed a report and recommendation on September 28, 2010, recommending that this action be transferred to the United States District Court for the District of Vermont. Plaintiff was allowed fifteen days in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, this action is hereby TRANSFERRED to the United States District Court for the District of Vermont pursuant to 28 U.S.C. § 1406(a). The Clerk is directed to close the file.

DONE and ORDERED this 19th day of October 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE